IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00275-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. ANA NEMECIA OR0ZCO (OROSCO) a/k/a Ana Guereca,

    Defendant.

## ORDER ON BOND

Defendant requests release on bond. The Court held a hearing in this matter on October 23, 2007 and took the matter under consideration pending Defendant's submission of proof of citizenship. Defendant filed such proof on October 30, 2007. In addition, Chief Judge Nottingham held a hearing on October 31, 2007 concerning detention for several co-Defendants.

The Court has considered the arguments of counsel, the evidence produced at the hearing, and the Court's file (including several Pretrial Services report). The Court believes that conditions can be imposed that will reasonably assure (1) Defendant's presence at future Court proceedings and (2) the safety of the community. Thus, the Court finds that Defendant has overcome the presumption of detention imposed by Congress here. The Court will impose the conditions recommended by Pretrial Services.

    SO ORDERED.

DATED and ENTERED this 2ND day of November, 2007.

                                                          By the Court:

                                                          S/Michael E. Hegarty  
                                                          Michael E. Hegarty  
                                                          United States Magistrate Judge